THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:11-cv-00054-MR-DSC

FOIFUA LEOVAO,                )
                              )
            Plaintiff,        )
                              )
        vs.                   )        **JUDGMENT**
                              )
                              )
MICHAEL J. ASTRUE,            )
**Commissioner of Social Security,** )
                              )
            Defendant.        )
_____)

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Judgment on the Pleadings is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE.**

Signed: December 11, 2012

Martin Reidinger
United States District Judge